# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00525-CR

**Rodney Dwayne Lewis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 52,001, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:  October 25, 2001

Do Not Publish